MARTHA JANE STEWART, complainant-appellant,

*v.*

NORMAN W. STEWART et al., defendants-respondents.

[Argued February 7th, 1941. Decided April 25th, 1941.]

484

492

494

*Mr. Philip L. Lipman* and *Mr. LeRoy W. Loder,* for the complainant-appellant.

*Mr. Albert R. McAllister* and *Mr. David L. Horuvitz,* for the defendants-respondents.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Sooy.

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAF-, FERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.